F I L E D
Clerk
District Court
MAR 15 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JIAN FENG LI,<br><br>　　　　　　　　Defendant. | Case No.: 1:23-cr-00001<br><br>**ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING** |

  On February 27, 2023, Defendant Jian Feng Li ("Li"), his counsel, and the Government consented to have his plea taken by a magistrate judge. (Consent, ECF No. 22.) The same day, United States Magistrate Judge Heather L. Kennedy presided over the plea colloquy and issued her findings and recommendation determining that there is a factual basis for the plea, and that the plea was entered into knowingly and voluntarily, without coercion or promises other than those in the written agreement of the parties. (Findings and Recommendation, ECF No. 23.) Judge Kennedy also recommended that the guilty plea be accepted. (*Id*.)

  Objections to Judge Kennedy's Findings and Recommendation were due within 14 days. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59. The Government and Defendant Li filed notices of non-objection to Judge Kennedy's Findings and Recommendations before the 14-day deadline (ECF No. 24 (USA), 25 (Defendant Li)). Given no objections and that the Court finds no clear error, the Court hereby ADOPTS the Magistrate Judge's Findings and Recommendation. Accordingly, the Court ACCEPTS Defendant Li's guilty plea to Count I of the Indictment, charging him with Conspiracy to

Unlawfully Produce an Identification Document, in violation of 18 U.S.C. § 1028(a)(1), (b)(1)(A), (c)(3)(A), and (f), and Defendant Jian Feng Li is adjudged GUILTY of that offense.

IT IS HEREBY ORDERED that the Defendant be referred to the U.S. Probation Office for investigation and report. The initial presentence investigation report is due on **June 2, 2023**. Pursuant to Rule 32(f)(1), within 14 days after receipt of the presentence report, the parties must state in writing any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report.

**Sentencing** is scheduled for Friday, **July 21, 2023** at **9:00 a.m.**

Additionally, the final presentence investigation report is due on July 7, 2023 and parties must file any sentencing memoranda and related materials one week prior to sentencing.

IT IS SO ORDERED this 15th day of March, 2023.

RAMONA V. MANGLONA
Chief Judge